IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

IN RE:                              : BR NO. 25-15151
KERLINE ASLAM                       :
    Debtor.                         : Chapter 13

### CERTIFICATE OF SERVICE

I, Timothy Zearfoss, Esquire, hereby certify under penalty of perjury that on December 24, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the below mailing list either via the CM/ECF system to all parties registered to receive electronic notice via the CM/ECF system and to all others by e-mail or US First Class mail as indicated below:

Document: Initial Chapter 13 Plan

Date: 1/6/26                    /s/Timothy Zearfoss, Esq.
                                Timothy Zearfoss, Esq

**VIA CM/ECF SYSTEM:**
Scott Waterman, Esq.
Office of the Chapter 13 Trustee
2901 St. Lawrence Ave.
Ste. 100
Reading, PA 19606

U.S. Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Ste. 320
Phila. PA 19107

PA Dept. of Revenue - Bankruptcy Div.
PO Box 280946
Harrisburg PA 17128

**VIA EMAIL:**
Kerline Aslam, Debtor
218 Wildwood Ave.
E. Lansdowne, PA 19050
Kerlynsigue29@yahoo.com

ECMC
PO BOX 16408
Saint Paul, MN 55116


JEFFERSON HEALTH
PO BOX 1123
Minneapolis, MN 55440


PECO ENERGY
2301 MARKET ST
PHILA, PA 19103


SPS
PO BOX 65250
SALT LAKE CITY, UT 84165