Document  Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

IN RE: : BR NO. 25-15151
KERLINE ASLAM :
   Debtor. : Chapter 13

**AMENDED CERTIFICATE OF SERVICE**

I, Timothy Zearfoss, Esquire, hereby certify under penalty of perjury that on December 24, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the below mailing list either via the CM/ECF system to all parties registered to receive electronic notice via the CM/ECF system and to all others by e-mail or US First Class mail as indicated below:

Document: Initial Chapter 13 Plan

Date: 1/17/26             /s/Timothy Zearfoss, Esq.
                                             Timothy Zearfoss, Esq

**VIA CM/ECF SYSTEM**:
Kenneth West Esq.
Office of the Chapter 13 Trustee
190 N. Independence Mall W.
Ste. 701
Philadelphia PA 19130

U.S. Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Ste. 320
Phila. PA 19107

KML LAW GROUP
701 Market St.
Ste. 5000
Phila. PA 19106

**VIA EMAIL**:
Kerline Aslam, Debtor
218 Wildwood Ave.
E. Lansdowne, PA 19050

**VIA FIRST CLASS US MAIL**:

```
ECMC
PO BOX 16408
Saint Paul, MN 55116


JEFFERSON HEALTH
PO BOX 1123
Minneapolis, MN 55440


PA DEPT OF REVENUE
BANKRUPTCY DIV.
PO BOX 280946
HARRISBURG, PA 17128


PECO ENERGY
2301 MARKET ST
PHILA, PA 19103


SPS
PO BOX 65250
SALT LAKE CITY, UT 84165
```