Payrolls by Paychex, In

PAY TO THE
ORDER OF

KERLINE ASLAM
218 WILDWOOD AVENUE
EAST LANSDOWNE PA  19050

Total Net Direct Deposit(s)
**$972.54**
AMOUNT

VOID THIS IS NOT A CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Kerline Aslam
218 Wildwood Avenue
East Lansdowne, PA  19050
Employee ID: 909

Home Department: 2 Care Givers

Pay Period: 09/15/25 to 09/28/25
Check Date: 10/03/25    Check #: 23661

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 368 | 972.54 | 19046.75 |
| **NET PAY** | **972.54** | **19046.75** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD |
|---|---|---|---|---|---|---|
| | Regular | M72.0000 | | 1176.00 | M1446.0000 | 23806 |
| | Overtime | M1.0000 | | | M25.4500 | |
| | Total Hours | 73.0000 | | | 1471.4500 | |
| | Total Hrs Worked | 73.0000 | | | | |
| | Gross Earnings | | | 1176.00 | | 23806. |
| | Parking Reimb | | | | | 60. |
| | **REIMB & OTHER PAYMENTS** | | | | | 60. |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD |
|---|---|---|---|
| Social Security | | 72.92 | 1476. |
| Medicare | | 17.05 | 345. |
| Fed Income Tax | H | 27.53 | 628. |
| PA Income Tax | | 36.10 | 730.8 |
| PA Unemploy | | 0.82 | 16.6 |
| PA LMARP-Del L | | 2.00 | 40.0 |
| PA MARPL-Del In | | 11.76 | 238.0 |
| **TOTAL** | | **168.18** | **3475.1** |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD |
|---|---|---|
| Garnishment | | 630.7 |
| PX401 EEPRE | 35.28 | 714.2 |
| **TOTAL** | **35.28** | **1344.9** |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 972.54 | 19046. |

Payrolls by Paychex, Inc.

0903 1400-0638  Bella Vita Healthcare LLC • 450 Park Way Suite C • Broomall PA  19008 • (610) 265-2350

BELLA VITA HEALTHCARE LLC
450 Park Way Suite C
Broomall PA 19008

1400-0638
ORG 1.2 Care Givers
EE ID: 909    DD

| DATE | CHECK NO. |
|---|---|
| 10/17/2025 | 23710 |

PAY TO THE ORDER OF

KERLINE ASLAM
218 WILDWOOD AVENUE
EAST LANSDOWNE PA 19050

Total Net Direct Deposit(s)
**$1051.06**
AMOUNT

VOID THIS IS NOT A CHECK ................................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Kerline Aslam
218 Wildwood Avenue
East Lansdowne, PA 19050
Employee ID: 909

Home Department: 2 Care Givers

Pay Period: 09/29/25 to 10/12/25
Check Date: 10/17/25    Check #: 23710

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 368 | 1051.06 | 20097.81 |
| NET PAY | 1051.06 | 20097.81 |

**EARNINGS**

| DESCRIPTION | BASIS OF PAY | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| Regular | M | 80.0000 | | 1280.00 | M1526.0000 | 25086.86 |
| Overtime | | | | | M25.4500 | |
| Total Hours | | 80.0000 | | | 1551.4500 | |
| Total Hrs Worked | | 80.0000 | | | | |
| Gross Earnings | | | | 1280.00 | | 25086.86 |
| Parking Reimb | | | | | | 60.00 |
| REIMB & OTHER PAYMENTS | | | | | | 60.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 79.36 | 1555.39 |
| Medicare | | 18.56 | 363.76 |
| Fed Income Tax | H | 37.62 | 665.96 |
| PA Income Tax | | 39.30 | 770.17 |
| PA Unemploy | | 0.90 | 17.57 |
| PA LMARP-Del | L | 2.00 | 42.00 |
| PA MARPL-Del | In | 12.80 | 250.87 |
| TOTAL | | 190.54 | 3665.72 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Garnishment | | 630.72 |
| PX401 EEPRE | 38.40 | 752.61 |
| TOTAL | 38.40 | 1383.33 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 1051.06 | 20097.8 |

*Payrolls by Paychex, Inc.*
**0903 1400-0638** Bella Vita Healthcare LLC • 450 Park Way Suite C • Broomall PA 19008 • (610) 265-2350

BELLA VITA HEALTHCARE LLC
450 Park Way Suite C
Broomall PA 19008

1400-0638
ORG1:2 Care Givers
EE ID: 909    DD

| DATE | CHECK NO. |
|---|---|
| 10/31/2025 | 23761 |

PAY TO THE ORDER OF

KERLINE ASLAM
218 WILDWOOD AVENUE
EAST LANSDOWNE PA  19050

Total Net Direct Deposit(s)
**$954.41**
AMOUNT

VOID THIS IS NOT A CHECK ................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN A

FOLD AND REMOVE                                                                                                FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Kerline Aslam
218 Wildwood Avenue
East Lansdowne, PA  19050
Employee ID: 909

Home Department: 2 Care Givers

Pay Period: 10/13/25 to 10/26/25
Check Date: 10/31/25   Check #: 23761

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 368 | 954.41 | 21052.22 |
| NET PAY | 954.41 | 21052.22 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YT |
|---|---|---|---|---|---|---|
| | Regular | M72.0000 | | 1152.00 | M1598.0000 | 262 |
| | Overtime | | | | M25.4500 | |
| | Total Hours | 72.0000 | | | 1623.4500 | |
| | Total Hrs Worked | 72.0000 | | | | |
| | Gross Earnings | | | 1152.00 | | 2623 |
| | Parking Reimb | | | | | 6 |
| | REIMB & OTHER PAYMENTS | | | | | 6 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YT |
|---|---|---|---|
| Social Security | | 71.42 | 162 |
| Medicare | | 16.70 | 38 |
| Fed Income Tax | H | 25.21 | 69 |
| PA Income Tax | | 35.37 | 80 |
| PA Unemploy | | 0.81 | 1 |
| PA LMARP-Del L | | 2.00 | 4 |
| PA MARPL-Del In | | 11.52 | 26 |
| TOTAL | | 163.03 | 382 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YT |
|---|---|---|
| Garnishment | | 63( |
| PX401 EEPRE | 34.56 | 78 |
| TOTAL | 34.56 | 141 |

**NET PAY**

| | THIS PERIOD ($) | Y |
|---|---|---|
| | 954.41 | 210 |

BELLA VITA HEALTHCARE LLC  
450 Park Way Suite C  
Broomall PA  19008

1400-0638  
ORG1: 2 Care Givers  
EE ID: 909          DD

| DATE | CHECK NO. |
|---|---|
| 11/14/2025 | 23813 |

PAY TO THE ORDER OF

KERLINE ASLAM  
218 WILDWOOD AVENUE  
EAST LANSDOWNE PA  19050

Total Net Direct Deposit(s)  
**$1197.55**  
AMOUNT

VOID THIS IS NOT A CHECK ................................................ DOLLARS

**NON-NEGOTIABLE**  
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                                          FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**  
Kerline Aslam  
218 Wildwood Avenue  
East Lansdowne, PA  19050  
**Employee ID:** 909

**Home Department:** 2 Care Givers

**Pay Period:** 10/27/25 to 11/09/25  
**Check Date:** 11/14/25    **Check #:** 23813

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 368 | 1197.55 | 22249.77 |
| **NET PAY** | **1197.55** | **22249.77** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | M79.7500 | | 1474.00 | M1677.7500 | 27712.8 |
| | Overtime | M8.2500 | | | M33.7000 | |
| | Total Hours | 88.0000 | | | 1711.4500 | |
| | Total Hrs Worked | 88.0000 | | | | |
| | Gross Earnings | | | 1474.00 | | 27712.8 |
| | Parking Reimb | | | | | 60.0 |
| | REIMB & OTHER PAYMENTS | | | | | 60.0 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 91.39 | 1718.2 |
| Medicare | | 21.38 | 401.8 |
| Fed Income Tax | H | 56.44 | 747.6 |
| PA Income Tax | | 45.25 | 850.7 |
| PA Unemploy | | 1.03 | 19.4 |
| PA LMARP-Del L | | 2.00 | 46.0 |
| PA MARPL-Del In | | 14.74 | 277.1 |
| **TOTAL** | | **232.23** | **4060.9** |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Garnishment | | 630.7 |
| PX401 EEPRE | 44.22 | 831.3 |
| **TOTAL** | **44.22** | **1462.1** |

| | **NET PAY** | **THIS PERIOD ($)** | **YTD** |
|---|---|---|---|
| | | 1197.55 | 22249 |

Payrolls by Paychex, Inc.

0903 1400-0638    Bella Vita Healthcare LLC • 450 Park Way Suite C • Broomall PA  19008 • (610) 265-2350

Broomall PA  19008　　　　　　　ORG1: 2 Care Givers　　　　　　　　　　　　　　　　　　　　　11/28/2025　　23870
　　　　　　　　　　　　　　　　EE ID: 909　　　　　　　　　　　　　　　　　　　　　　　　　　DATE　　　　　CHECK NO.

PAY TO THE　　　　　　KERLINE ASLAM　　　　　　　　　　　　　　　　　　　Total Net Direct Deposit(s)
ORDER OF　　　　　　　218 WILDWOOD AVENUE　　　　　　　　　　　　　　　　**$958.95**
　　　　　　　　　　　EAST LANSDOWNE PA  19050
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AMOUNT

VOID THIS IS NOT A CHECK ........................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Kerline Aslam
218 Wildwood Avenue
East Lansdowne, PA  19050
Employee ID:  909

Home Department: 2 Care Givers

Pay Period:  11/10/25 to 11/23/25
Check Date:  11/28/25    Check #: 23870

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | M72.0000 | | 1158.00 | M1749.7500 | 28870.8 |
| | | Overtime | M0.2500 | | | M33.9500 | |
| | | Total Hours | 72.2500 | | | 1783.7000 | |
| | | Total Hrs Worked | 72.2500 | | | | |
| | | Gross Earnings | | | 1158.00 | | 28870.8 |
| | | Parking Reimb | | | | | 60.0 |
| | | REIMB & OTHER PAYMENTS | | | | | 60.0 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 368 | 958.95 | 23208.72 |
| **NET PAY** | **958.95** | **23208.72** |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 71.79 | 1789.9 |
| | Medicare | | 16.79 | 418.6 |
| | Fed Income Tax | H | 25.79 | 773.4 |
| | PA Income Tax | | 35.55 | 886.3 |
| | PA Unemploy | | 0.81 | 20.2 |
| | PA LMARP-Del L | | 2.00 | 48.0 |
| | PA MARPL-Del In | | 11.58 | 288.7 |
| | **TOTAL** | | **164.31** | **4225.2** |

| DEDUCTIONS | DESCRIPTION | | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Garnishment | | | 630.7 |
| | PX401 EEPRE | | 34.74 | 866.1 |
| | **TOTAL** | | **34.74** | **1496.8** |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 958.95 | 23208 |

Payrolls by Paychex, Inc.
0903 1400-0638  Bella Vita Healthcare LLC • 450 Park Way Suite C • Broomall PA  19008 • (610) 265-2350